(May 18, 1961)

■ ANTHONY DE FEO, Respondent, v. 400 NEPPERHAN ASSOCIATES, Defendant. BURTON N. PUGACH, Appellant, v. YONKERS FACTORS, INC., et al., Respondents.— Motion by appellant for a stay, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ.

■ In the Matter of SARA ABRAMSON et al., Respondents, v. NORMAN STUDER et al., Appellants.— Motion by appellants for a stay pending appeal, granted on the following conditions: (a) that, within 10 days after entry of the order hereon, appellants shall file an undertaking for $10,000, with corporate surety, to pay any loss or damage which may be incurred or suffered by petitioners-respondents or by the corporation, Camp Woodland, Inc., as a result of the misconduct, misappropriation, payment of excessive salaries or expenses, negligence or waste by any of the individual appellants, either in his or her individual capacity or as an officer, director or member of said corporation, in the operation and maintenance of the corporation's camp and camp activities during the 1961 Summer season; and (b) that the appeal be perfected and argued or submitted at the October Term, beginning October 2, 1961. The record and appellants' brief shall be served and filed on or before August 10, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of ALBERT MARTIN COHEN, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Motion by respondent Cohen to extend his time to appear and testify before the Judicial Inquiry in Kings County, denied. Respondent on his own accord may apply to the Justice presiding at the Judicial Inquiry to fix an early date for him to appear with his records and to testify. After respondent has concluded all his testimony before the Judicial Inquiry, he may then apply to this court, on notice to petitioner, for such further action as may be proper. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of FREDERICK PAUL ROSEN, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion by petitioner for leave to prosecute the proceeding on the original papers and to add proceeding to the June Term Calendar, granted. The proceeding will be heard on the original papers and on six copies of petitioner's typewritten brief, which shall include a copy of the opinion, if any, rendered by respondent in revoking the license. The proceeding is ordered on the calendar for Friday, June 2, 1961. Petitioner's brief shall be served and filed on or before May 29, 1961. Motion by petitioner for a stay of the license revocation, pending determination of proceeding, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS GOLDBERG, Relator, v. JOHN F. MCNEILL, as Superintendent of Matteawan State Hospital, Respondent.— Motion by petitioner for appointment of counsel to represent him on his habeas corpus application now pending in the Dutchess County Supreme Court. Motion denied. This motion should be made to the court in which the habeas corpus application is pending. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ REBECCA SIMON, as Executrix of MURRAY SIMON, Deceased, Respondent, v. SCARSDALE PARK No. 3, INC., Appellant.— Motion by appellant for a stay, denied. Motion by appellant to extend its time to serve an answer to the complaint, granted; time extended until 10 days after determination of its pending appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.